*E-FILED: January 30, 2013*

Gerald A. Emanuel (SBN 61049)
Joel P. Waelty (SBN 226728)
Christopher G. Wilhelmi (SBN 283465)
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 West Hedding Street, Suite 100
San Jose, California 95128
Telephone: (408) 246-5500
Facsimile: (408) 246-1051
E-Mail: jemanuel@hinklelaw.com; jwaelty@hinklelaw.com; cwilhelmi@hinklelaw.com

Attorneys for Plaintiff
NOELLE ROSSI

Martin E. Rosen (SBN 108998)
Jenny H. Wang (SBN 191643)
BARGER & WOLEN LLP
19800 MacArthur Blvd., 8th Floor
Irvine, CA  92612-2427
Telephone: (949) 757-2800
Facsimile: (949) 752-6313
E-mail: mrosen@bargerwolen.com; jwang@bargerwolen.com

Attorneys for Defendants
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY and RAVIX FINANCIAL, INC. LONG TERM DISABILITY PLAN

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| NOELLE ROSSI,<br><br>          Plaintiff,<br><br>v.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; RAVIX FINANCIAL, INC. LONG TERM DISABILITY PLAN and DOES 1-50, inclusive,<br><br>          Defendants. | No.  C 12-04223 HRL<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br><br><br>**Hon. Howard R. Lloyd** |

**Rossi v. The Lincoln National Life Insurance Co., et al.**
**Northern District of California Case # C 12-04223 HRL**
**Stipulation of Dismissal and [Proposed] Order**

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

**IT IS SO STIPULATED.**

DATED: January 29, 2013        **HINKLE, JACHIMOWICZ, POINTER & EMANUEL**

By:         /s/ Joel P. Waelty
            Joel P. Waelty
            Attorneys for Plaintiff
            NOELLE ROSSI

DATED: January 29, 2013        **BARGER & WOLEN LLP**

By:         /s/ Jenny H. Wang
            Martin E. Rosen
            Jenny H. Wang
            Attorney for Defendants
            THE LINCOLN NATIONAL LIFE INSURANCE
            COMPANY and RAVIX FINANCIAL, INC.

**ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation, the present action be dismissed in its entirety with prejudice. Each party is to bear its own fees and costs.

DATED: January 30, 2013        _____
                               Hon. Howard R. Lloyd

**Rossi v. The Lincoln National Life Insurance Co., et al.**
**Northern District of California Case # C 12-04223 HRL**
**Stipulation of Dismissal and [Proposed] Order**

2